IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60619
Summary Calendar
_____

MARSHAUN STEWART,

Plaintiff-Appellant,

versus

ROBERT MONIETTE; JOHN DIAL,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:92-CV-29
- - - - - - - - - -
August 12, 1996
Before GARWOOD, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Marshaun Stewart, Mississippi state prisoner #55420, appeals from the district court's dismissal of his civil rights complaint. Stewart argues that the direct court erred in granting judgment for the defendants on his retaliation and excessive-force claims. Stewart contends that the magistrate judge abused his discretion in refusing to allow certain

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

witnesses to testify at the evidentiary hearing and in refusing to admit certain documentary evidence. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons given by the magistrate judge and adopted by the district court. See Stewart v. Moniette, No. 4:92CV29-B-D (N.D. Miss. Sept. 5, 1995). Stewart's motions for appointment of counsel and requesting other extraordinary relief are DENIED.

AFFIRMED.